IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| v. | * | 01:12-CR-00220-ELR-JKL-2 |
| | * | |
| **ERDAL AKOVA,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

# O R D E R

This matter is before the Court for consideration of the Report and Recommendation ("R&R") of Magistrate Judge John K. Larkins, III [Doc. 38]. Judge Larkins recommends that Defendant's "Motion to Declare 18 U.S.C. § 1705 Unconstitutional Due to Vagueness and as an Improper Delegation of Congressional Authority" ("motion to dismiss") [Doc. 34] be denied. After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district court judge may accept, reject, or modify a magistrate judge's R&R. 28 U.S.C. § 636(b)(1) (C); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982). No objections to the magistrate judge's R&R have been filed, and therefore, the Court has reviewed the R&R for plain error. <u>See</u> <u>United States v. Slay</u>, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no error.

Accordingly the Court **ADOPTS** the R&R [Doc. 38] as the opinion of this Court. For the reasons stated in the R&R, the Court **DENIES** Defendant's motion to dismiss [34].

**SO ORDERED**, this 5th day of December, 2016.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia