# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

**UNITED STATES OF AMERICA**

**-vs-**

**ERDAL AKOVA**

**Case No.   12CR00220-ELR-2**

**Defendant's Attorney**
**Christopher Wayne Adams**

---

## AMENDED JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant pleaded guilty to **Counts ONE and TWO** of the Indictment.

Accordingly, the defendant is adjudged guilty of such count(s) which involves the following offense:

| Title & Section | Nature of Offense | Count No. |
|---|---|---|
| 18 USC § 371 | Conspiracy to Violate the International Emergency Economic Powers Act | 1 |
| 50 USC § 1705 & 18 USC § 2 | Violation of the International Emergency Economic Powers Act | 2 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay the special assessment of **$200.00** which shall be due immediately.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.      NONE
Defendant's Date of Birth:      1954
Defendant's Mailing Address:
Robert Deyton Detention Facility
11866 Hastings Bridge Road
Lovejoy, Georgia 30250

**Date of Imposition of Sentence: March 8, 2017**

Signed this the _9th_ day of March, 2017.

ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **THIRTY-SIX  (36) MONTHS on each of Counts One and Two, to run concurrently with each other, for a total term of THIRTY-SIX MONTHS (with credit for time served since July 7, 2016).**

The defendant is remanded to the custody of the United States Marshal.

The Court recommends that the Defendant be designated to a facility which meets Bureau of Prisons criteria that is closest to Estill, South Carolina or Williamsburg, South Carolina.

The United States Attorney's Office does not oppose the Defendant's request for a prison transfer to Turkey.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on  _____  to  _____

at  _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U. S. Marshal

## FORFEITURE

It is recommended that all of the defendant's right, title and interest to the property identified in the order of forfeiture, incorporated herein by reference, is hereby forfeited.